IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JONATHAN F. RAMOS, | | |
| Plaintiff, | | **8:24CV455** |
| v. | | |
| CARGILL MEAT SOLUTIONS CORPORATION, | | **ORDER** |
| Defendant. | | |

This matter is before the Court on plaintiff Jonathan F. Ramos's ("Ramos") Application to Proceed in the District Court Without Prepaying Fees or Costs (Filing No. 29).

For good cause shown, Ramos's motion is granted, and he is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 18th day of February 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge