IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JONATHAN F. RAMOS,

        Plaintiff,

   vs.

 

CARGILL MEAT SOLUTIONS
CORPORATION.

        Defendant.

**8:24CV455**

**FINAL PROGRESSION ORDER
(AMENDED)**

IT IS ORDERED that the motion to amend, Filing No. 38, is granted in part as set forth herein. The final progression order, Filing No. 26, is amended as follows:

1)    The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for December 1, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **February 23, 2027** at **9:30 a.m.** by Zoom. The parties shall use the zoom conferencing instructions assigned to this case to participate in the conference.

2)    The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is September 28, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by October 12, 2026.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)    The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)),

1

and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):        November 27, 2026.

    For the defendant(s):        December 28, 2026.

    Plaintiff(s)' rebuttal:        January 11, 2027.

4)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is February 11, 2027.

5)    The deadline for filing motions to dismiss and motions for summary judgment is March 12, 2027.

6)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 12, 2027.

7)    Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8)    All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 16th day of July, 2026.

        BY THE COURT:

        *s/ Jacqueline M. DeLuca*

        United States Magistrate Judge