**From:** Jonathan Ramos
**To:** Kaitlyn Moore
**Cc:** Kelly K. Schroder; Susan M. Foster; Tori M. Odom; JON.RAMOS06@icloud.com; DeLuca Chambers
**Subject:** Re: Cargill adv. Ramos | 8:24-cv-455
**Date:** Friday, November 13, 2026 10:47:34 AM

**CAUTION - EXTERNAL:**

Ms. Moore,

Can you help me to file notice of new address? Recently car accident by the door. I can't driving there I'm going to park at shop by drop while repair the insurance auto has changed the policy by myself own pay rental car. I can't afford to pay.

Notice of address is:



Thanks,
Mr. Ramos

Jonathan Ramos
2676 E. Fifth Avenue
Apartment #401
Columbus, NE 68601